UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs

SERGIO COLLINS,

      Defendant.

_____/

Case No: 15-cr-20154
Case No: 19-cr-20138-01
Hon. Matthew F. Leitman
United States District Judge

## **STIPULATION FOR SUBSTITUTION OF ATTORNEY**

    I replace attorney Kenneth M. Scott, on behalf of Defendant Sergio Collins and request copies of all papers filed in this case after this date.

Dated: April 2, 2021

/s/Stefanie L. Lambert     w/ permission
Stefanie L. Lambert (P71303)
attorneystefanielambert@gmail.com
500 Griswold Street, Ste 2340
Detroit, Michigan 48226
(248) 270-6689

## **CONSENT**

    I Consent to the Substitution of the above attorney in this case.

Dated: April 2, 2021

Kenneth M. Scott
Kenneth M. Scott (P32833)
kmscottesq@yahoo.com
2702 Flushing Road
Flint, Michigan 48504
(810)767-6655

Dated: April 2, 2021

s/Sergio Collins
Sergio Collins, Defendant

## ORDER

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2021