UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                    Plaintiff,

v.                                                    Case No. 4:15–cr–20154–MFL–MJH
                                                      Hon. Matthew F. Leitman
Sergio Collins,

                    Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Sergio Collins

The defendant(s) shall appear before District Judge Matthew F. Leitman at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan, for the following proceeding(s):

- SUPERVISED RELEASE VIOLATION HEARING:  June 23, 2022 at 01:30 PM


**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Holly A Ryan
Case Manager

Dated:   June 15, 2022