UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SERGIO COLLINS,

    Defendant.
_____/

Case No. 15-cr-20154
Hon. Matthew F. Leitman

## ORDER TERMINATING APPEARANCE OF ATTORNEY STEFANIE LAMBERT JUNTTILA AND APPOINTING NEW COUNSEL

The Court held a status conference in this case on June 27, 2022. During the conference, Defendant Sergio Collins indicated that he wanted a new lawyer and that he wanted the Court to appoint that new lawyer for him. For the reasons stated on the record, the Court **GRANTS** Collins' request for new counsel and **TERMINATES** the Appearance of Ms. Lambert Junttila.

    **IT IS FURTHER ORDERED** that the Federal Community Defender's Office is directed to assign an attorney from the CJA Panel to be appointed and substituted to represent Defendant.

    **IT IS FURTHER ORDERED** that the parties shall appear for a status conference at a date and time to be set by the Court once new counsel has been appointed.

    **IT IS SO ORDERED.**

Dated: June 30, 2022

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5126