AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Sergio Collins | **Judgment in a Criminal Case**<br>(For **Revocation** of Supervised Release)<br><br>Case No.  15-cr-20154-1<br>USM No. 50587-039<br><br>Sanford Plotkin<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)     1-2              of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You Must Not Commit Another Federal, State or Local Crime. | 2/27/2019 |
| 2 | You Must Not Knowingly Leave the Federal Judicial District Where You Are Authorized to Reside Without First Getting Permission From the Court or the Probation Officer. | 2/26/2019 |

        The defendant is sentenced as provided in pages 2 through     2     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5386

Defendant's Year of Birth:     1989

City and State of Defendant's Residence:
In Custody

9/21/2022
_Date of Imposition of Judgment_

s/Matthew F. Leitman
_Signature of Judge_

Matthew F. Leitman, U.S. District Judge
_Name and Title of Judge_

9/21/2022
_Date_

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page     2     of     2

DEFENDANT:  Sergio Collins
CASE NUMBER:  15-cr-20154-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 months to run concurrenly with the sentence imposed on docket number 19-cr-20138.  No term of supervised release to follow.  The Court waives the costs of incarceration due to the defendant's lack of financial resources.

☑   The court makes the following recommendations to the Bureau of Prisons:

Designation to FCI Milan in Milan, Michigan

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____   ☐  a.m.   ☐  p.m.   on   _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on   _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL